# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

# CIVIL MINUTES

**Case No.:** CV 05-924-JE                     **Date of Proceeding:** 3/6/06

**Case Title:** Neukom v Columbia Steel Castings Co., Inc.

**Presiding Judge:** John Jelderks            **Courtroom Deputy:** Deborah DesJardins (503-326-8291)

**Court Reporter:** Dennis Grube                                              **Tape No:**

| PLAINTIFF'S COUNSEL | DEFENDANT'S COUNSEL |
|---|---|
| Richard C. Busse | Thomas M. Triplett |
|  | Roman D. Hernandez |

**DOCKET ENTRY:**

RECORD OF HEARING: Oral argument heard on Defendant's Motion for Summary Judgment (#12). Motion taken under-advisement, March 6, 2006. A telephone status conference will be scheduled after the court's ruling.

cc:  { } All counsel                                                                    **DOCUMENT NO:** _____
     { } Chambers

**Civil Minutes**
**Prepared March 6, 2006**

**JUDGE JELDERKS**

KC