**Thomas M. Triplett, OSB #65125**
Email ttriplett@schwabe.com
**Román D. Hernández, OSB #01173**
Email rhernandez@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
Pacwest Center, Suites 1600 – 1900
11211 SW Fifth Avenue
Portland, OR  97204-3795
Telephone:  (503) 222-9981
Fax:          (503) 796-2900

FILED'06 JUN 21 16:37USDC-ORP

Of Attorneys for Defendant, Columbia Steel Casting Co., Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| HAROLD J. NEUKOM,<br><br>  Plaintiff,<br><br>vs.<br><br>COLUMBIA STEEL CASTING CO., INC.,<br>an Oregon corporation,<br><br>  Defendant. | No. CV05-924-JE<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

Based upon the parties' Stipulated Motion for entry of Judgment of Dismissal with Prejudice, it is hereby

ADJUDGED that plaintiff's Complaint and all claims for relief are dismissed with prejudice and without costs to either party.

Dated this 21 day of June, 2006.

*/s/ John Jelderks*
The Honorable John Jelderks
U.S. District Court Judge

Page 1 -    ORDER OF DISMISSAL WITH PREJUDICE

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
503-222-9981

PDX/013239/137818/RDH/1435223.1